### 10140.  KING *et al. v.* RODGERS *et al.*

STEPHENS, J.  1. The court did not err in overruling the exceptions of law to the auditor's report.

2. The court erred in directing a verdict against the defendant upon the 1st, 2d, 4th, 5th, 6th, and 7th exceptions of facts to the auditor's report, and in thereafter refusing to grant a new trial.

*Judgment reversed.  Broyles, P. J., and Bloodworth, J., concur.*
DECIDED SEPTEMBER 19, 1919.

Complaint; from Muscogee superior court—Judge Terrell presiding.  September 25, 1918.

*Hatcher & Hatcher,* for plaintiffs in error.

*J. E. Chapman, A. W. Cozart,* contra.

---

### 10165.  WEBB *et al. v.* SLATON, Governor.

BLOODWORTH, J.  1. Complaint is made that the court erred in admitting certain documentary evidence.  This evidence is not set out either literally or in substance in the motion for a new trial, or attached thereto as an exhibit.  Under the repeated and uniform rulings of this court and the Supreme Court, such ground of a motion for a new trial cannot be considered.  *Walton* v. *Busby,* 147 *Ga.* 487 (94 S. E. 562); *Smith* v. *Leverett,* 22 *Ga. App.* 290 (2) (96 S. E. 8).

2. The court did not err in any of its rulings on the pleadings, nor in the charge of which complaint is made, nor in directing a verdict for the plaintiff.

*Judgment affirmed.  Broyles, P. J., and Stephens, J., concur.*
DECIDED SEPTEMBER 19, 1919.

Action on bond; from Brooks superior court—Judge Thomas.  September 14, 1918.

*Bennet & Harrell, Branch & Snow,* for plaintiffs in error.

*C. E. Hay, solicitor-general, E. K. Wilcox,* contra.